# RECORDS REQUEST FORM

Date: 11-10-16          Cause No. 2-16-147-CU

Name: Anna Reilly

Firm: The Reyes Law Firm

Phone #: (817) 332-1522

**RECORDS TO BE COPIED:** (check all that apply)

Clk. Record _____          Suppl. Clk. Record _____

Rep. Record ✔_____          Suppl. Rep. Record _____

Other: _____

DO NOT FILL OUT BELOW THIS LINE: FOR OFFICE USE ONLY.

Clerk: _Sh Rose_

Cost: _____     ☑ check if this is party's first complimentary copy